JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAL POULTRY VIKON, INC., HOA GIANG,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF ROSEMEAD, ROSEMEAD CITY COUNCIL, ROSEMEAD PLANNING COMMISSION,<br><br>    Defendants. | Case No. CV 12-2409 DMG (MANx)<br><br>**JUDGMENT OF INJUNCTION [63]** |

This cause came on to be heard on the Verified Complaint of Plaintiffs CAL Poultry Vikon, Inc., a California Corporation ("CAL Poultry") and Hoa Giang, an individual and the Court having heretofore entered its Order preliminarily enjoining enforcement of an ordinance prohibiting slaughterhouse uses at CAL Poultry's property located at 8932 E. Garvey Avenue in the City of Rosemead, California ("Property") and the parties having heretofore entered into a stipulation for entry of an injunction in a form agreed upon by the parties,

///

///

///

IT IS HEREBY ORDERED, ADJUDGED and DECREED that:

1. CAL Poultry:

(a) shall, within 90 days following entry of this Judgment, submit to the City of Rosemead ("City") for its review and approval, which approval will not be unreasonably withheld, engineered plans, drawings and City-required applications, fees and documents for the following improvements to the Property (together, the "Property Improvements"):

   (i) Modification of the Property to provide for a new insulated roof, new ventilation system, new cooling system, odor control air filtration system based on consultation and recommendation of an odor consultant to prevent any poultry odors escaping the Property, and the placement of new and existing equipment on the roof, including raising the height of the roof to accommodate such equipment internally and externally,

   (ii) Remodeling of the Property store front and remodeling the store front of the adjoining property located at 8942 E. Garvey Avenue,

   (iii) Modification of the parking lot to include angled parking, widening of the westerly driveway, and one-directional traffic,

   (iv) Re-planting gardenias in the planter, and

   (v) Installation of a new sign;

(b) shall complete all City-approved Property Improvements within the time period prescribed by the City's Municipal Code or other reasonable City requirements, approvals and conditions, if applicable. In the absence of required completion times in the City's Municipal Code or other reasonable City requirements, approvals and conditions, CAL Poultry shall employ reasonable best efforts to complete the City-approved Property Improvements within 180 days of final City approval(s); and

(c) shall comply with all directives of the United States Department of Agriculture, California Department of Agriculture, the County of Los

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

1  Angeles Sanitation District, and the Regional Water Quality Control Board
2  dealing with poultry slaughter and processing including any physical
3  alterations or modifications of the Property in addition to the Property
4  Improvements, which are necessary to comply with such requirements, for
5  which approval and permitting by the City will not be unreasonably withheld
6  ("Agency Directive Modifications").

7  2. The City, its officers, agents, representatives, employees, attorneys and
8  all persons acting in concert and participation with them are permanently enjoined
9  and restrained from:

10  (a) in any manner enforcing or seeking to enforce against CAL Poultry
11  the provisions of Rosemead Municipal Code Section 17.12.105(a)
12  prohibiting poultry slaughterhouse uses at the Property; and

13  (b) removing the land use status of the Property as a legal
14  nonconforming poultry slaughterhouse use based upon the Property
15  Improvements and/or any Agency Directive Modifications as described in
16  Section 1 of this Judgment.

17  3. Any changes in use or alterations to the Property that occur that are
18  beyond the scope of Section 1 of this Judgment shall be subject to the City's
19  Municipal Code governing legal nonconforming uses.

20  4. The Action is dismissed with prejudice as to Plaintiff Hoa Giang.

21  5. Plaintiffs waive all damages.

22  6. The parties are to bear their respective costs and attorneys' fees
23  incurred in the above-entitled action and no award of costs or attorney fees is made
24  herein.

25  7. Except for the relief specifically set forth above, all other relief against
26  Defendants City of Rosemead, Rosemead City Council and Rosemead Planning
27  Commission sought by Plaintiffs pursuant to the Complaint in this action is denied.
28  ///

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

- 3 –

CV 12-02409 DMG (MANx)

8. The Court retains jurisdiction of this Action for the sole purpose of enforcing compliance with the within judgment.

Dated: August 7, 2012

DOLLY M. GEE
United States District Judge

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles